**F I L E D**
CLERK, U.S. DISTRICT COURT

04/10/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>DAVID NAJATI NASH,<br>  aka "Daniel Nash,"<br><br>            Defendant. | No. 8:24-cr-00046-JVS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(C): Distribution of Methamphetamine and Fentanyl] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about April 6, 2023, in Orange County, within the Central District of California, defendant DAVID NAJATI NASH, also known as "Daniel Nash," knowingly possessed a firearm, namely, a Sturm, Ruger & Company, Inc. 9mm Luger pistol, Model SR9c, bearing serial number 332-17247, and ammunition, namely, ten rounds of Prvi Partizan 9mm Luger caliber ammunition, in and affecting interstate and foreign commerce.

Defendant NASH possessed the firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.   Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, in the Superior Court for the State of California, County of Orange, case number C71834, on or about April 7, 1989;

2.   Possession of a Firearm by a Felon, in violation of California Penal Code Section 12021(a), in the Superior Court for the State of California, County of Orange, case number 95CF1211, on or about February 23, 1996;

3.   First Degree Burglary of an Inhabited Dwelling, in violation of California Penal Code Sections 459 and 460(a), First Degree Robbery of an Inhabited Dwelling, in violation of California Penal Code Sections 211, 212.5(a), and 213(a)(1)(B), and five counts of Kidnapping, in violation of California Penal Code Section 207(a), in the Superior Court for the State of California, County of Orange, case number 95WF2477, on or about February 8, 1996;

4.   Two counts of Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, and Sale or Transportation of a Controlled Substance, in violation of California Health and Safety Code Section 11352(a), in the Superior Court for the State of California, County of Orange, case number 05HF0257, on or about September 8, 2006;

5.   Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, and Sale or Transportation of a Controlled Substance, in violation of California

2

Health and Safety Code Section 11352(a), in the Superior Court for the State of California, County of Orange, case number 11NF1680, on or about August 21, 2012;

6.    Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, and Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Orange, case number 16HF1377, on or about April 19, 2017;

7.    Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, Sale or Transportation of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), and Sale or Transportation of a Controlled Substance, in violation of California Health and Safety Code Section 11352(a), in the Superior Court for the State of California, County of Orange, case number 15WF2694, on or about April 19, 2017;

8.    Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, Sale or Transportation of a Controlled Substance, in violation of California Health and Safety Code Section 11352(a), Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, and Sale or Transportation of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), in the Superior Court for the State of California, County of Orange, case number 16NF2107, on or about April 19, 2017;

9.    Felon in Possession of Ammunition, in violation of California Penal Code Section 30305(a)(1), in the Superior Court of the State of California, County of Orange, case number 16NF2153, on or about April 19, 2017;

10.    Convicted Felon Having a Concealed Firearm in Vehicle, in violation of California Penal Code Sections 25400(a)(1) and (c)(1), Unlawfully Carrying a Stolen Firearm Concealed in a Vehicle, in violation of California Penal Code Sections 25400(a)(1) and (c)(2), Possession of a Firearm by a Felon, in violation of California Penal Code Section 29800(a)(1), Unlawfully Carrying a Concealed Loaded Unregistered Firearm in a Vehicle, in violation of California Penal Code Sections 25400(a)(1) and (c)(6), Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, Sale or Transportation for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), two counts of Possession of a Controlled Substance with a Firearm, in violation of California Health and Safety Code Section 11370.1(a), Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, and Sale or Transportation for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11352(a), in the Superior Court for the State of California, County of Orange, case number 16NF3230, on or about April 19, 2017;

11.    Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, and Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of

California, County of Orange, case number 16HF1377, on or about April 19, 2017;

12. Possession of a Controlled Substance with a Firearm, in violation of California Health and Safety Code Section 11370.1(a), two counts of Sale or Transportation for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11352(a), and Convicted Felon Having a Concealed Firearm in Vehicle, in violation of California Penal Code Sections 25400(a)(1) and (c)(1), in the Superior Court for the State of California, County of Orange, case number 19CF2033, on or about June 17, 2020;

13. Sale or Transportation for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11352(a), Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, Sale or Transportation for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, and Possession for Sale of a Designated Controlled Substance, in violation of California Health and Safety Code Section 11375(b)(1), in the Superior Court for the State of California, County of Orange, case number 22NF1397, on or about June 9, 2022; and

14. Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, Sale or Transportation for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, and Sale or Transportation for Sale of a

Controlled Substance, in violation of California Health and Safety Code Section 11352(a), in the Superior Court for the State of California, County of Orange, case number 22NF2932, on or about December 23, 2022.

COUNT TWO

[21 U.S.C. §§ 841(a), (b)(1)(A)(viii)]

On or about April 18, 2023, in Orange County, within the Central District of California, defendant DAVID NAJATI NASH, also known as "Daniel Nash," knowingly and intentionally distributed at least 50 grams, that is, approximately 54.4 grams, of methamphetamine, a Schedule II controlled substance.

Prior to committing the offense alleged in this Count, defendant NASH had been finally convicted of a serious violent felony, as that term is defined and used in Title 21, United States Code, Sections 802(58), 841, and 851, namely, on or about February 8, 1996, in the Superior Court for the State of California, County of Orange, case number 95WF2477, defendant NASH was convicted of four counts of Kidnapping, in violation of California Penal Code Section 207(a), for which defendant NASH served a term of imprisonment of more than 12 months.

7

COUNT THREE

[21 U.S.C. §§ 841(a), (b)(1)(C)]

On or about April 18, 2023, in Orange County, within the Central District of California, defendant DAVID NAJATI NASH, also known as "Daniel Nash," distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

                                        A TRUE BILL


                                        /s/
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

CAITLIN J. CAMPBELL
Assistant United States Attorney

8